# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

_ANTHONY JAMES BRAXTON_    _1052448_

_(Enter above the full name of the plaintiff_
_or plaintiffs in this action)._

_(Inmate Reg.# of each Plaintiff)_

**VERSUS**

CIVIL ACTION NO. _2:04-1106_
_(Number to be assigned by Court)_

_WESTVirginia Regional Jail Authority_
_Steven D. Canterbury_
_South central Regional Jail_
_John C. McKay_

_(Enter above the full name of the defendant_
_or defendants in this action)._

**FILED**

**OCT 13 2004**

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

## COMPLAINT

I. **Previous Lawsuits**

  A.   Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment?

              Yes  X        No ____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs: *ANTHONY J BRAXTON*

Defendants: *Steven O canterbury*

*John C. mckay*

*Dr. Anthony Kaytiny*

2. Court (if federal court, name the district; if state court, name the county):

*Southern District of West Virginia (charleston)*

3. Docket Number: *#: 2:04-cv-01030*

4. Name of judge to whom case was assigned:

*Joseph R Goodwin*

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

*pending*

6. Approximate date of filing lawsuit: *9-14-04*

7. Approximate date of disposition:

2

**II.** **Place of Present Confinement:** *South central Jail*

A. Is there a prisoner grievance procedure in this institution?

Yes _X_          No ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _X_          No ____

C. If your answer is YES:

1. What steps did you take? *Told every body in this jail and the Executive director of the Regional Jail Authority*

2. What was the result? *this jail told me to deal with the post office, never hear from*

D. If your answer is NO, explain why not: _____

_____

**III.** **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: *ANTHONY J BRAXTON #1052 448*

Address: *South central Regional Jail 1001 Centre Way*

B. Additional Plaintiffs and Address: *Charleston WV 25309-9427*

_____

_____

_____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant *Mr. Steven D. Canterbury*

is employed as *Executive Director Regional Jail Authority*

at *1325 Virginia St. East Charleston WV 25301*

D.    Additional defendants: *Mr. John C. McKay; Administrator*

*South central Regional Jail*

*1001 Centre Way*

*Charleston WV 25309*

## IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

*On attached sheet*

4

**IV. Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.   RELIEF**

State briefly exactly what you want the court to do for you. Make no legal
arguments. Cite no cases or statutes.

damages and punitive damages awarded
from a jury. have W. VA jail authority accountable
for inmates incoming and outgoing U.S. mail
and have a independent commission to
investigate this mail problem. for this court
to monitor this jails U.S. mail activity

_____

_____

## V. Relief (continued)

_____

_____

_____

_____

_____

## VII.   Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No ✗

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _been in jail, have no money_

_____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ✗          No _____

If so, state the lawyer's name and address:

*Law firm of Rudolph L DiTrapano*

*604 Virginia Street East*

Signed this _____ day of _/0-/0_____ ,20_04_.

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October, 10, 2004_____
(Date)

_____

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

Exhibits



FILED

OCT 13 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

MEADOWSD

SOUTH CENTRAL REGIONAL JAIL
SCRJ Canteen

S A L E S     R E C E I P T

Sales Order Id : 427834       Name       : BRAXTON, ANTHONY
Sale Date       : 09/17/2004     Birth Date : 11/13/1970
OID#           : 0001052448     Location   : SCRJ-H-H-4-A; :

| ITEM CODE | I | QTY | ITEM NAME | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 243 | N | 1 | J. RANCHER AST. | 0.97 | 0.97 |
| 372 | N | 4 | CHILI FLAVOR RAMEN | 0.47 | 1.88 |
| 3761 | N | 1 | COOKIES: P/ BUTTER | 2.25 | 2.25 |
| | | | | 3.69 | 5.10 |

Trust Account Balance (before sale):         5.46

Trust Account Current Balance         :         0.36

Total Obligations:         89.00

Offender   :   _____     Date   : __ _____



RECEIPT

Booking
H-4

DATE 10-6-04      NO. 0112

RECEIVED FROM James Braxton

ADDRESS P.O Br 38 Glen Jean WV 25846

Fifty And ———————— 0%/00 DOLLARS $ 50⁰⁰

FOR Anthony Braxton #1052448
Holding

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | 50 | 00 |

BY _____

---

RECEIPT

Holding

DATE 10-6-04      NO. 0113

RECEIVED FROM Berry Braxton

ADDRESS PO Box 454 Glen Jean WVA

Ten And ———————— 0%/00 DOLLARS $ 10⁰⁰

FOR Anthony Braxton #1052448
HO..

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | 10 | 00 |

BY Slater

MEADOWSD
OOROLVRC

SOUTH CENTRAL REGIONAL JAIL
SCRJ Canteen
S A L E S   R E C E I P T

```
Sales Order Id : 435139          Name       : BRAXTON, ANTHONY
Sale Date      : 10/08/2004      Birth Date : 11/13/1970
OID#           : 0001052448      Location   : SCRJ-H-H-4-A; :
```

| ITEM CODE | I | QTY | ITEM NAME | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 217 | N | 3 | SNICKERS | 0.60 | 1.80 |
| 218 | N | 3 | REESE'S CUPS | 0.60 | 1.80 |
| 228 | N | 1 | M&M PEANUT | 0.60 | 0.60 |
| 241 | N | 1 | FIREBALL, ATOMIC | 0.97 | 0.97 |
| 243 | N | 2 | J. RANCHER AST. | 0.97 | 1.94 |
| 254 | N | 3 | TWIX | 0.60 | 1.80 |
| 255 | N | 1 | ZERO BAR | 0.60 | 0.60 |
| 302 | N | 3 | BBQ CHIPS | 0.50 | 1.50 |
| 305 | N | 10 | DORITO NACHOS | 0.50 | 5.00 |
| 370 | N | 2 | BEEF RAMEN | 0.47 | 0.94 |
| 372 | N | 10 | CHILI FLAVOR RAMEN | 0.47 | 4.70 |
| 373 | N | 2 | COOKIE: CHOC. CHIP | 0.60 | 1.20 |
| 374 | N | 2 | COOKIE: OATMEAL | 0.60 | 1.20 |
| 375 | N | 1 | COOKIES: DUPLEX | 2.25 | 2.25 |
| 414 | N | 5 | HOT COCOA | 0.29 | 1.45 |
| 3761 | N | 1 | COOKIES: P/ BUTTER | 2.25 | 2.25 |
| | | | | 12.87 | 30.00 |

*Did not Get on 10/9 /Syett* (handwritten note by item 374)

```
Trust Account Balance (before sale):        30.36

Trust Account Current Balance       :        0.36

Total Obligations:                          59.00


Offender  : _____  _____  ____   Date  : _____
```







**STATE OF WEST VIRGINIA**
*DEPARTMENT OF MILITARY AFFAIRS & PUBLIC SAFETY*
*DIVISION OF CORRECTIONS*

**West Virginia Division of Corrections**

| | | |
|---|---|---|
| *BOB WISE*<br>*GOVERNOR* | *JIM RUBENSTEIN*<br>*COMMISSIONER* | *M. CHRISTINE F. MORRIS*<br>*SECRETARY* |

OFFICE OF THE COMMISSIONER
112 CALIFORNIA AVENUE-STATE CAPITOL COMPLEX
BUILDING 4, ROOM 300
CHARLESTON, WV 25305-0280
(304) 558-2036 Telephone - (304) 558-5934 Fax

October 4, 2004

Anthony Braxton, Inmate
South Central Regional Jail
1001 Centre Way
Charleston, WV  25309

Re:  Regional Jail Related Grievance

Dear Mr. Braxton:

Although I sympathize with your issues, please be advised that until you are sentenced to the custody of the Division of Corrections this division has no jurisdiction over you.  Further, while you are housed in a regional jail, you are subject to the rules and procedures that govern the West Virginia Regional Jail Authority.  This office would advise you to use the Regional Jail Authority's grievance procedure to address your issues.  If you have previously utilized the provided grievance procedure offered by the Regional Jail Authority without the desired relief, and have exhausted all available administrative relief, you are free to seek redress in the appropriate civil court.

Sincerely,

Beverly C. Gandee
Inmate Grievance Coordinator

BCG
Cc:  Jim Rubenstein, Commissioner
     Central Records

institution through the institutional authorities. If the inmate does not consent, the personnel may either deliver the inmate's mail to the inmate unopened, or return it to the post office unopened, or return it to the post office unopened and marked "Refused". An inmate may designate in writing an agent outside the institution to receive his or her mail, either through an authorized address of the agent, if the mail is so addressed, or at the delivery post office serving the institution, if the mail is addressed to the inmate at the institution."

The Postal Service fulfills its obligation when it affects delivery to institutional authorities. Records of delivery are kept only for Registered, Certified, Numbered Insured or COD mail. You can report the loss of any mail (accountable or ordinary) by initiating a Form 1510, Mail Non-Delivery Report. These forms should be available at your prison mailroom; however, if they are not, the prison authorities can obtain blank forms from the local post office.

As noted above, our obligation for delivery ends with the proper delivery to the institution. Any subsequent handling falls under the purview of the West Virginia Department of Corrections, whose address is:

> Commissioner
> West Virginia Division of Corrections
> 112 California Avenue, Bldg. 4, Room 300
> Charleston, WV 25305

Consequently, if you believe prison officials are mishandling your mail, I suggest you pursue this matter administratively through the Department of Corrections.

Sincerely,

James R. Hoke
Postal Inspector

2

CONSUMER AFFAIRS
APPALACHIAN DISTRICT


*UNITED STATES*
*POSTAL SERVICE*

October 8, 2004

Mr. Anthony Braxton
#1052448
South Central Regional Jail
1001 Centre Way
Charleston WV  25309-9427

Dear Mr. Braxton,

This is in response to your letter the U.S. Postal Inspection Service. Your letter was referred to me for review.

Please be advised that there is no form available from the Postal Service for the request that you are making. Our Post Operations Manual (POM 615.1) states the follow: *Mail addressed to patients or inmates at institutions is delivered to institution authorities who, in turn, deliver the mail to the addressee under the institution's rules and regulations. If the addressee is no longer at that address, the institution must redirect his or her mail to the current address. If the forwarding address is unknown, the mail is returned to the post office.*

A number of Federal court decisions concerning the right of inmates to receive and send correspondence have established constitutional limits on the authority of prison authorities to censor incoming and outgoing mail. These court decisions have been based on constitutional grounds, not on violations of the Postal laws. If a court issues an order concerning inmates' correspondence privileges, the responsibility to obey the order is placed upon the prison authorities. Any mail that is refused is returned to the sender.

If you believe your mail is not being handled properly after delivery to the facility, please contact the authorities having administrative jurisdiction over that institution. In addition, you may wish to contact a representative of the American Civil Liberties Union (ACLU) or a similar local organization.

NOTE:
Bureau of Prisons
320 First Street
Washington, DC 20534-0001
(202-514-2000)

Sincerely,

Tim Meisner
Manager, Consumer Affairs

PO BOX 59631
CHARLESTON, WV  25350-9631
PHONE: 304-561-1071
FAX: 304-561-1033

# WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

## INMATE GRIEVANCE

NAME _____ DATE _____

INMATE NUMBER _____ POD _____ SEC _____ ROOM _____

TO: _____

GRIEVANCE: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

                                        _____
                                        INMATE SIGNATURE

## RESPONSE/DISPOSITION

_____

_____

_____

_____

_____

DATE _____ SIGNATURE _____

RJCFA-05

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

### INMATE GRIEVANCE

NAME _ANTHONY BRAXTON_ DATE _9-16-04_

INMATE NUMBER _1052448_ POD _Booking_ SEC _2_ ROOM _H-4_

TO: _Mr. Farmer_

GRIEVANCE: _I was given only 4 sheets of paper. I need 40 - 60 pieces right now. I write to public officials and courts. I am going to write to ACLU - WV Supreme Court - Sen. Byrd - Rockefeller - F.B.I. - US ..._

_INMATE SIGNATURE_

✱ Kept pink copy ✱

**RESPONSE/DISPOSITION** _THANK YOU_

DATE _____ SIGNATURE _____

**RJCFA-05**

NCF 3028 · 12/10/97

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

### INMATE REQUEST

NAME _ANTHONY BRAXTON_ DATE (2:30 AM) 9-13-04

OID NUMBER _1052448_ INC DATE _4-30-04_ POD ___ SEC ___ RM ___  (Booking)

TO: _Mo OXLEY_

TYPE REQUEST: _Newspaper for booking_

REASON FOR REQUEST _Mrs Oxley, Please get a newspaper
in booking for me and other inmates to read. If I need to
ask someone else like Mr. McKee, or Mr. Canterbury, please let me
know what I, or We to file if necessary I agree with_

_[signature]_
INMATE SIGNATURE

✱ Not trying to Buz you ✱

THANK YOU

### RESPONSE/DISPOSITION

Kept Pink copy

☐ APPROVED  ☐ DISAPPROVED  ☐ REFERRED

SIGNATURE _____ RANK_____ DATE_____

REMARKS _____

_____

_____

_____

ACTION TAKEN _____

_____

_____

_____

SIGNATURE _____ DATE _____

RJCFA-36

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

### INMATE GRIEVANCE

NAME _ANTHONY PAXTON_     DATE _9-17-04_

INMATE NUMBER _1052449_   POD _Booking_ SEC _____ ROOM _A-4_

TO: _Mr. Canterbury_

GRIEVANCE: _Why? Mr. Canterbury, I don't get sufficient supplies of paper (I write in circles because I don't have tablet and know I would will not (give me a Tablet) envelopes with stamps ate wipe off sheet (because I give one is not necessary please) in this cell Jam_

_I think to have in 1 amount of supplies to correspond with the courts (active, pressed in my case) no wipe off sheets, cannot keep a cleanliness of my body in cell, or here have inadequate toilet ____ to this has been_

_INMATE SIGNATURE_

RESPONSE/DISPOSITION

DATE _____ SIGNATURE _____

**RJCFA-05**

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

## INMATE REQUEST

NAME _ANTHONY PLAXTON_ DATE _2-30-04_

OID NUMBER _105744_ INC DATE _2-30-04_ POD _E_ SEC _____ RM _6_

TO: _____

TYPE REQUEST: _____

REASON FOR REQUEST _____

_____

_____

_____

_INMATE SIGNATURE_

## RESPONSE/DISPOSITION

☐ APPROVED        ☐ DISAPPROVED        ☐ REFERRED

SIGNATURE _____ RANK _____ DATE _____

REMARKS _____

333 Diagri kli dr.

_____ 35304

_____

ACTION TAKEN _____

_____

_____

SIGNATURE _____ DATE _8/31/04_

**RJCFA-36**

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

### INMATE REQUEST

NAME _____  DATE _____

OID NUMBER _____ INC DATE _____ POD ___ SEC ____ RM _1_

TO: _____

TYPE REQUEST: _____

REASON FOR REQUEST _____

_____

_____

_____

_____
INMATE SIGNATURE

### RESPONSE/DISPOSITION

☐ APPROVED      ☐ DISAPPROVED      ☐ REFERRED

SIGNATURE _____ RANK _____ DATE _____

REMARKS _____

_____

_____

_____

_____

ACTION TAKEN _____

_____

_____

_____

SIGNATURE _____ DATE _____

**RJCFA-36**

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

### INMATE GRIEVANCE

NAME _____ DATE _7-5-04_

INMATE NUMBER _1052.445_ POD _B_ SEC _4_ ROOM _6_

TO: _____

GRIEVANCE: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

INMATE SIGNATURE

### RESPONSE/DISPOSITION

_____

_____

(CO-1)-527

DATE _9/7/4_ SIGNATURE _____

**RJCFA-05**

# WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

## INMATE REQUEST

NAME _ANTHONY BRAXTON_ DATE _____

OID NUMBER _1052448_ INC DATE _6-30-04_ POD ___ SEC ___ RM ___

TO: ___Mr. Kim___ about 22 letters

TYPE REQUEST: _An investigation to were all my mail is_

REASON FOR REQUEST _____

_____

_____

_____

_____
INMATE SIGNATURE

_or I may need to write to the_

_postal inspector_ ✗

## RESPONSE/DISPOSITION

☐ APPROVED   ☐ DISAPPROVED   ☐ REFERRED

SIGNATURE _____ RANK_____ DATE_____

REMARKS _____

_____

_____

ACTION TAKEN _____

_____

_____

SIGNATURE _____ DATE _____

RJCFA-36

**WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY**

## INMATE REQUEST

NAME _Anthony Claxton_ DATE _7-28-04_

OID NUMBER _1052448_ INC DATE _05-20-04_ POD ____ SEC ____ RM ____

TO: _Oxley_

TYPE REQUEST: _____

REASON FOR REQUEST _____

_____

_____

_____

_____

INMATE SIGNATURE

_Kept record for F.B.I. and Myself_

## RESPONSE/DISPOSITION

☐ APPROVED ☐ DISAPPROVED ☐ REFERRED

SIGNATURE _____ RANK _____ DATE _____

REMARKS _____

_____

_____

_____

_____

ACTION TAKEN _____

_____

_____

_____

SIGNATURE _____ DATE _____

RJCFA-36

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

### INMATE REQUEST

NAME _____     DATE _7-29-04_

OID NUMBER _____ INC DATE _7-20-04_ POD _____ SEC _____ RM _____

TO: _____

TYPE REQUEST: _____

REASON FOR REQUEST _____

_____

_____

_____

                                              INMATE SIGNATURE

### RESPONSE/DISPOSITION

☐ APPROVED        ☐ DISAPPROVED        ☐ REFERRED

SIGNATURE _____ RANK _____ DATE _____

REMARKS _____

_____

_____

_____

_____

ACTION TAKEN _____

_____

_____

_____

SIGNATURE _____ DATE _____

RJCFA-36

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

## INMATE REQUEST

NAME _ANTHONY BRAXTON_ DATE _10-1-04_

OID NUMBER _____ INC DATE _8-30-04_ POD _____ SEC _____ RM _H-4_

TO: _____

TYPE REQUEST: _Mail_

REASON FOR REQUEST _This is the jail is keeping my mail_
_I received a letter well that was sent_
_to me on 9-22-04 from Oak Hill. It only takes_
_one day to come here._

_INMATE SIGNATURE_

_Xcept pink copy for records_

## RESPONSE/DISPOSITION

☐ APPROVED     ☐ DISAPPROVED     ☐ REFERRED

SIGNATURE _____ RANK _____ DATE _____

REMARKS _____

_____

_____

_____

ACTION TAKEN _____

_____

_____

_____

SIGNATURE _____ DATE _____

**RJCFA-36**

## WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

### INMATE REQUEST

NAME _____ DATE 9-30-04

OID NUMBER _____ 742 INC DATE 9-30-04 POD ___ SEC ___ RM 4-4

TO: _____

TYPE REQUEST: _____

REASON FOR REQUEST _____
_____
_____
_____

_____
INMATE SIGNATURE

THANK YOU

### RESPONSE/DISPOSITION

☐ APPROVED    ☐ DISAPPROVED    ☐ REFERRED

SIGNATURE _____ RANK _____ DATE _____

REMARKS _____
_____
_____
_____

ACTION TAKEN _____
_____
_____
_____

SIGNATURE _____ DATE _____

RJCFA-36

**WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY**

## INMATE REQUEST

NAME _ANTHONY BRAXTON_ DATE _9-28-04_

OID NUMBER _105 2 448_ INC DATE _9-30-04_ POD _Booking_ SEC _2_ RM ___

TO: _Mr. McKay_

TYPE REQUEST: _FORM 1510, call F.B.I., get writing supplies, get bus tk_

REASON FOR REQUEST _you had the counselor to let me report_
_being dumped into my cell but I have never been allowed._
_I have been asking for form 1510 that is mail non-Delivery report_
_I need paper and envelopes to write with to the courts and_
_public officials_

INMATE SIGNATURE

_and I have asked if family of mine could send me a Bus ticket_
_from Charleston — Beckley._

### RESPONSE/DISPOSITION

_Kept for record pink copy_

☐ APPROVED   ☐ DISAPPROVED   ☑ REFERRED _Mr. Farmer_

SIGNATURE _John McK_ RANK ___ DATE _9-29-04_

REMARKS _You need not ask multiple people for the_
_same information. You have sent the same_
_request to Mr. Farmer and he will respond_
_as best he can._

ACTION TAKEN _____

SIGNATURE _____ DATE _____

RJCFA-36

**WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY**

## INMATE REQUEST

(11:30 P.M.)

NAME _ANTHONY BRAXTON_ DATE _9-30-04_

OID NUMBER _1057448_ INC DATE _8-30-04_ POD _Booking_ SEC _2_ RM _H-4_

TO: _Mr. McKay_

TYPE REQUEST: _report attack from jail Staff + Inmates_

REASON FOR REQUEST _once more I am asking you to_
_let me, not Mr. former or anyone else call for me_
_the F.B.I. I want to call for myself. now I want to_
_called the pittsburgh head quarters because Mr. former_
_told me that I was going to talk_ _[signature]_
_in person to the F.B.I 9-29-04 and then that_ INMATE SIGNATURE
_they were coming (FBI) on 9-30-04. now I want to do what I know what_
_to do I do not need no one in this jail call for me._

**Damage control**

## RESPONSE/DISPOSITION

☐ APPROVED ☐ DISAPPROVED ☐ REFERRED _THANK YOU_

_I kept for record Pink copy_

SIGNATURE _____ RANK _____ DATE _____

REMARKS _____

ACTION TAKEN _As far as I am concerned you can send_
_your complaint to them (FBI) in writing._

SIGNATURE _[signature]_ DATE _10-1-04_

RJCFA-36

ANTHONY BRAXTON **H-4**
1001 centre Way
charleston WV 25300

Gov. Bob Wise office

NIXIE        250      1        34  09/15/04
                RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC:  25309942701      *1171-21266-13-35



U.S. POSTAGE
$ 00.37°
H METER 704427

RICHMOND
SEP 23 04
V A

CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
RICHMOND, VIRGINIA 23219
OFFICIAL BUSINESS

25309+3457 12

ANTHONY BRAXTON
1001 centre way
Charleston WV 25300



Federal Bureau of Investigation
10 Water St
Charleston

NIXIE          250          1          34  09/21/04

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 25309942701          *0671-17102-16-35

25300142706
25309942427

ANTHONY BRAXTON

1001 centre way

charleston WV 25309

#4

federal Bureau of Investigation

10 Hales st

charleston,

charleston,

U.S. MAIL

SEP 24 '04

NIXIE      250      1      34  09/24/04

RETURN TO    SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO    FORWARD

BC: 25309942701    *0271-01167-21-35

25301+2630.98
25309x9427

Anthony Price
1001 Centre way
Charleston WV 25300

17-19-14

RETURN TO SENDER

Sen. J.D. Rockefeller
1400 Kan Blvd East
Charleston WV 25321

UNDELIVERABLE AS ADDRESSED     NOT AT THIS ADDRESS



STATE OF WEST VIRGINIA
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 1789
CHARLESTON, WV 25326-1789

$ 00.37⁰
02 1A
0004327023   SEP 24 2004
MAILED FROM ZIP CODE 25301

Anthony Braxton
1001 Centre Way
Charleston, West Virginia  25309

**United States Senate**

WASHINGTON, DC 20510-4801

OFFICIAL BUSINESS

*Robert C. Byrd*

U.S.S.

Mr. Anthony Braxton
South Central Regional Jail
1001 Centre Way
Charleston, West Virginia   25309